# 934    CASES REPORTED WITH BRIEF SYLLABI.

John A. Cramer, Appellant, v. Don M. Dusenbury, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

George Boom, Respondent, v. The Post-Standard Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Emanuel Cohn, as Administrator, etc., of Millard L. Cohn, Deceased, Respondent, v. J. N. Adam & Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff, within twenty days, stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Judicial Settlement of the Accounts of James D. Bashford, as County Treasurer of Wayne County, as Temporary Administrator, etc., of Anne Elizabeth Mackenzie, Deceased, Respondent. Charles F. Hitchcock and Henry J. Bostwick, as Executors, etc., of Anne Elizabeth Mackenzie, Deceased, Appellants.— Decree modified by reducing the commissions of the temporary administrator to the sum of $1,764.31, and directing him to refund and pay over to the executors of the estate the sum of $1,764.31, with interest thereon from June 6, 1907, and as so modified the decree is affirmed, with costs to appellants against the respondent personally. All concurred.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent v. Bernard W. Curtis, Impleaded with American Fidelity Company, Appellant.—Judgment and order confirmed, with costs. All concurred.

Agnes Twamley, an Infant, by James J. Twamley, Her Guardian ad Litem, Respondent, v. The James M. Merritt Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Union Lumber Company, Respondent, v. Jacob C. Caflisch and Another, Appellants.— Motion for reargument denied, with ten dollars costs.

Benjamin H. Smith, Respondent, v. Gennarino D'Onofrio, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John B. Hoyer and Another, Respondents, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The Gulf Brewing Company, Respondent, v. Levi Cole and George M. Speaker, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

Mary Welch, as Administratrix, etc., of Thomas Welch, Deceased, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

City Club of Auburn, Appellant, v. John A. McGeer, Respondent.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. William Mason, Appellant.— Judgment and order affirmed. All concurred, except Spring and Kruse,